IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JENNIFER PERRY, CATRINA KNIGHT, and TALITHA ROBINSON-RUSSELL | * * * | |
| Plaintiffs, | * * | |
| v. | * * | CIVIL ACTION NO. 2:07-CV-1067-WKW-SRW |
| TWEEN BRANDS, INC., JUSTICE STORES, L.L.C., CARISSA GODWIN and AMI LANE, | * * * * | |
| Defendants. | * | |

**MOTION FOR ADMISSION *PRO HAC VICE*
OF GRADY B. MURDOCK, JR.**

Comes now R. Bradley Adams, attorney for Defendants in the above-styled matter and pursuant to Rule 83.1(b) of the Local Rules of the United States District Court for the Middle District of Alabama, moves for the admission *pro hac vice* of **Grady B. Murdock, Jr.**, as counsel for Defendants in this case. As grounds therefore, movant shows as follows:

1. The undersigned is representing Defendants in the above-styled action in association with **Grady B. Murdock, Jr.**

2. The undersigned is a member in good standing of the Alabama State Bar and is admitted to practice before this Court.

3. **Grady B. Murdock, Jr.** is a member in good standing of the Illinois State Bar and is admitted to practice before the United States District Court for the Northern District of Illinois (admitted 1974), the district wherein he resides and is regularly engaged in the practice of law. Mr. Murdock is also admitted to practice in the Eastern District of Pennsylvania (admitted

1986); the Central District of Illinois (admitted 12/3/99) and the Northern District of Indiana (admitted 5/17/05). He is duly qualified for admission *pro hac vice* in this case pursuant to Local Rule 83.1(b).

4. **Grady B. Murdock, Jr.** is a member of the law firm of Littler Mendelson, P.C., 200 North LaSalle Street, Suite 2900, Chicago, Illinois 60601, Telephone 312-795-3233.

5. A *Certificate of Good Standing* of **Grady B. Murdock, Jr.** is attached hereto as Exhibit "A" pursuant to the Local Rule 83.1(b).

6. **Grady B. Murdock, Jr.** understands and agrees to comport himself in accordance with the Code of Professional Responsibility of the Alabama State Bar in his practice before this Honorable Court.

7. **Grady B. Murdock, Jr.** agrees to abide by the Local Rules of the United States District Court for the Middle District of Alabama and the Standing Orders and Administrative Rules for Electronic Filing.

WHEREFORE, the above premises considered, this movant respectfully requests that **Grady B. Murdock, Jr.** be admitted *pro hac vice* in accordance with the Local Rules of this Court.

    Respectfully submitted:

    s/ R. Bradley Adams
    R. Bradley Adams
    Alabama Bar No. ASB 8742-E67A
    **Attorney for Defendants**
    LITTLER MENDELSON, P.C.
    Riverview Plaza
    63 S. Royal Street, Suite 709
    Mobile, AL 36602
    Phone: 251-432-0413
    Fax: 251-432-0427
    Email: radams@littler.com

-and-

Grady B. Murdock, Jr.
Illinois State Bar No. 1992236
LITTLER MENDELSON, P.C.
200 North LaSalle Street, Suite 2900
Chicago, IL 60601-1014
Phone: 312-795-3233
Facsimile: 312-372-7880
Email: gmurdock@littler.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER PERRY, CATRINA KNIGHT, and TALITHA ROBINSON-RUSSELL<br><br>Plaintiffs,<br><br>v.<br><br>TWEEN BRANDS, INC., JUSTICE STORES, L.L.C., CARISSA GODWIN and AMI LANE,<br><br>Defendants. | CIVIL ACTION NO.<br><br>2:07-CV-1067-WKW-SRW |

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2007, I electronically filed the foregoing **Motion for Admission *Pro Hac Vice* of Grady B. Murdock, Jr.** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Christopher Stephen Genereux, Esq.** (csgenereux@tmgslaw.com), **Jacqueline C. Smoke, Esq.** (jcsmoke@tmgpc.com), and **Tyrone Carlton Means, Esq.** (tcmeans@tmgpc.com), Attorneys for Plaintiff.

s/ R. Bradley Adams
R. Bradley Adams
Alabama Bar No. ASB 8742-E67A
**Attorney for Defendants**
LITTLER MENDELSON, P.C.
Riverview Plaza
63 S. Royal Street, Suite 709
Mobile, AL 36602
Phone: 251-432-0413
Fax: 251-432-0427
Email: radams@littler.com

Firmwide:83858520.1 040660.1032

# CERTIFICATE OF GOOD STANDING



*United States of America*

} ss. Grady B. Murdock Jr.

*Northern District of Illinois*

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Grady B. Murdock Jr. was duly admitted to practice in said Court on (06/04/1974) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (12/18/2007 )

                                Michael W. Dobbins, Clerk,
                                By: Nadine S. Finley
                                    Deputy Clerk

**EXHIBIT A**