IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JENNIFER PERRY, CATRINA KNIGHT, <br> and TALITHA ROBINSON-RUSSELL | * <br> * <br> * | |
| Plaintiffs, | * <br> * | CIVIL ACTION NO. |
| v. | * <br> * | 2:07-CV-1067-WKW-SRW |
| TWEEN BRANDS, INC., JUSTICE <br> STORES, L.L.C., CARISSA GODWIN <br> and AMI LANE, | * <br> * <br> * <br> * | |
| Defendants. | * | |

**MOTION FOR ADMISSION *PRO HAC VICE*
OF TERESE M. CONNOLLY**

Comes now R. Bradley Adams, attorney for Defendants in the above-styled matter and pursuant to Rule 83.1(b) of the Local Rules of the United States District Court for the Middle District of Alabama, moves for the admission *pro hac vice* of **Terese M. Connolly**, as counsel for Defendants in this case. As grounds therefore, movant shows as follows:

1.  The undersigned is representing Defendants in the above-styled action in association with **Terese M. Connolly**.

2.  The undersigned is a member in good standing of the Alabama State Bar and is admitted to practice before this Court.

3.  **Terese M. Connolly** is a member in good standing of the Illinois State Bar and is admitted to practice before the United States District Court for the Northern District of Illinois (admitted 1/13/05), the district wherein she resides and is regularly engaged in the practice of law. Ms. Connolly is also admitted to practice before the Illinois Supreme Court (admitted

11/4/04). She is duly qualified for admission *pro hac vice* in this case pursuant to Local Rule 83.1(b).

4. **Terese M. Connolly** is an associate with the law firm of Littler Mendelson, P.C., 200 North LaSalle Street, Suite 2900, Chicago, Illinois 60601, Telephone 312-795-3233

5. A *Certificate of Good Standing* of **Terese M. Connolly** is attached hereto as Exhibit "A" pursuant to the Local Rule 83.1(b).

6. **Terese M. Connolly** understands and agrees to comport herself in accordance with the Code of Professional Responsibility of the Alabama State Bar in her practice before this Honorable Court.

7. **Terese M. Connolly** agrees to abide by the Local Rules of the United States District Court for the Middle District of Alabama and the Standing Orders and Administrative Rules for Electronic Filing.

WHEREFORE, the above premises considered, this movant respectfully requests that **Terese M. Connolly** be admitted *pro hac vice* in accordance with the Local Rules of this Court.

> Respectfully submitted,
>
> **s/ R. Bradley Adams**
> R. Bradley Adams
> Alabama Bar No. ASB 8742-E67A
> **Attorney for Defendants**
> LITTLER MENDELSON, P.C.
> Riverview Plaza
> 63 S. Royal Street, Suite 709
> Mobile, AL 36602
> Phone: 251-432-0413
> Fax: 251-432-0427
> Email: radams@littler.com
>
> -and-

Terese M. Connolly
Illinois State Bar No. 6282685
LITTLER MENDELSON, P.C.
200 North LaSalle Street, Suite 2900
Chicago, IL 60601-1014
Phone: 312-795-3284
Facsimile: 312-372-7880
Email: tconnolly@littler.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER PERRY, CATRINA KNIGHT, and TALITHA ROBINSON-RUSSELL    *<br>*<br>Plaintiffs,    *<br>*<br>v.    *<br>*<br>TWEEN BRANDS, INC., JUSTICE STORES, L.L.C., CARISSA GODWIN and AMI LANE,    *<br>*<br>Defendants.    * | CIVIL ACTION NO.<br><br>2:07-CV-1067-WKW-SRW |

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2007, I electronically filed the foregoing **Motion for Admission *Pro Hac Vice* of Terese M. Connolly** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Christopher Stephen Genereux, Esq.** (csgenereux@tmgslaw.com), **Jacqueline C. Smoke, Esq.** (jcsmoke@tmgpc.com), and **Tyrone Carlton Means, Esq.** (tcmeans@tmgpc.com), Attorneys for Plaintiff.

                                                s/ R. Bradley Adams
                                                R. Bradley Adams
                                                Alabama Bar No. ASB 8742-E67A
                                                **Attorney for Defendants**
                                                LITTLER MENDELSON, P.C.
                                                Riverview Plaza
                                                63 S. Royal Street, Suite 709
                                                Mobile, AL 36602
                                                Phone:  251-432-0413
                                                Fax:  251-432-0427
                                                Email:  radams@littler.com

# CERTIFICATE OF GOOD STANDING



United States of America

} ss. Terese Marie Connolly

Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Terese Marie Connolly was duly admitted to practice in said Court on (01/13/2005) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (12/17/2007)

Michael W. Dobbins, Clerk,

By: Krysten J. Coppoletta
Deputy Clerk

**EXHIBIT A**