IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JENNIFER PERRY, CATRINA KNIGHT, and TALITHA ROBINSON-RUSSELL | * * * | |
| Plaintiffs, | * * | CIVIL ACTION NO. |
| v. | * * | 2:07-CV-1067-WKW-SRW |
| TWEEN BRANDS, INC., JUSTICE STORES, L.L.C., CARISSA GODWIN and AMI LANE, | * * * * | |
| Defendants. | * | |

**MOTION FOR ADMISSION *PRO HAC VICE*
OF LATESA K. BAILEY**

Comes now R. Bradley Adams, attorney for Defendants in the above-styled matter and pursuant to Rule 83.1(b) of the Local Rules of the United States District Court for the Middle District of Alabama, moves for the admission *pro hac vice* of **Latesa K. Bailey**, as counsel for Defendants in this case. As grounds therefore, movant shows as follows:

1.  The undersigned is representing Defendants in the above-styled action in association with **Latesa K. Bailey**.

2.  The undersigned is a member in good standing of the Alabama State Bar and is admitted to practice before this Court.

3.  **Latesa K. Bailey** is a member in good standing of the Georgia State Bar and is admitted to practice before the United States District Court for the Northern District of Georgia (admitted 2005), the district wherein she resides and is regularly engaged in the practice of law. Ms. Bailey is also admitted to the Northern, Middle and Southern Districts of Florida (admitted

2002). She is duly qualified for admission *pro hac vice* in this case pursuant to Local Rule 83.1(b).

4.  **Latesa K. Bailey** is an associate with the law firm of Littler Mendelson, P.C., 3348 Peachtree Road, N.E., Suite 1100, Atlanta, Georgia 30326-1008, Telephone 404-233-0330.

5.  A *Certificate of Good Standing* of **Latesa K. Bailey** is attached hereto as Exhibit "A" pursuant to the Local Rule 83.1(b).

6.  **Latesa K. Bailey** understands and agrees to comport herself in accordance with the Code of Professional Responsibility of the Alabama State Bar in her practice before this Honorable Court.

7.  **Latesa K. Bailey** agrees to abide by the Local Rules of the United States District Court for the Middle District of Alabama and the Standing Orders and Administrative Rules for Electronic Filing.

WHEREFORE, the above premises considered, this movant respectfully requests that **Latesa K. Bailey** be admitted *pro hac vice* in accordance with the Local Rules of this Court.

> Respectfully submitted,
>
> s/ R. Bradley Adams
> R. Bradley Adams
> Alabama Bar No. ASB 8742-E67A
> **Attorney for Defendants**
> LITTLER MENDELSON, P.C.
> Riverview Plaza
> 63 S. Royal Street, Suite 709
> Mobile, AL 36602
> Phone: 251-432-0413
> Fax: 251-432-0427
> Email: radams@littler.com
>
> -and-

Latesa K. Bailey
Georgia State Bar No. 107705
LITTLER MENDELSON, P.C.
3348 Peachtree Road, N.E., Suite 1100
Atlanta, GA 30326-1008
Phone:   404-760-3942
Facsimile:  404-233-2361
Email:  lbailey@littler.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER PERRY, CATRINA KNIGHT, and TALITHA ROBINSON-RUSSELL<br><br>Plaintiffs,<br><br>v.<br><br>TWEEN BRANDS, INC., JUSTICE STORES, L.L.C., CARISSA GODWIN and AMI LANE,<br><br>Defendants. | CIVIL ACTION NO.<br><br>2:07-CV-1067-WKW-SRW |

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2007, I electronically filed the foregoing **Motion for Admission *Pro Hac Vice* of Latesa K. Bailey** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Christopher Stephen Genereux, Esq.** (csgenereux@tmgslaw.com), **Jacqueline C. Smoke, Esq.** (jcsmoke@tmgpc.com), and **Tyrone Carlton Means, Esq.** (tcmeans@tmgpc.com), Attorneys for Plaintiff.

                                                s/ R. Bradley Adams
                                                R. Bradley Adams
                                                Alabama Bar No. ASB 8742-E67A
                                                **Attorney for Defendants**
                                                LITTLER MENDELSON, P.C.
                                                Riverview Plaza
                                                63 S. Royal Street, Suite 709
                                                Mobile, AL 36602
                                                Phone: 251-432-0413
                                                Fax: 251-432-0427
                                                Email: radams@littler.com

Firmwide:83861855.1 040660.1032



## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**           }
                                        } ss.
**NORTHERN DISTRICT OF GEORGIA**       }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **LATESA K. BAILEY, 107705,** was duly admitted to practice in said Court on February 27, 2006 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 18th day of December, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Phyllis Brannon
Deputy Clerk



**EXHIBIT A**