```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602002258
Cashier ID: brobinso
Transaction Date: 12/21/2007
Payer Name: LITTLER MENDELSON
-----------------------------------
PRO HOC VICE
 For: TERESE MARIE CONNOLLY
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $20.00
-----------------------------------
CHECK
 Check/Money Order Num: 7658
 Amt Tendered:  $20.00
-----------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:     $0.00

2:07-cv-01067-WKW-SRW

 Perry et al v. Tween Brands, Inc.
et al
```

```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602002255
Cashier ID: brobinso
Transaction Date: 12/21/2007
Payer Name: LITTLER MENDELSON
------------------------------------
PRO HOC VICE
 For: LATESA K BAILEY
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $20.00
------------------------------------
CHECK
 Check/Money Order Num: 7657
 Amt Tendered: $20.00
------------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:     $0.00

2:07-cv-01067-WKW-SRW

Perry et al v. Tween Brands, Inc.
et al
```

```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602002260
Cashier ID: brobinso
Transaction Date: 12/21/2007
Payer Name: LITTLER MENDELSON
--------------------------------
PRO HOC VICE
 For: GRADY B MURDOCK JR.
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:        $20.00
--------------------------------
CHECK
 Check/Money Order Num: 7659
 Amt Tendered:  $20.00
--------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:     $0.00

2:07-cv-01067-WKW-SRW


 Perry et al v. Tween Brands, Inc.
et al
```