IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER PERRY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-1067-WKW |
| ) | |
| TWEEN BRANDS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the motions for admission *pro hac vice* by defense counsel, it is ORDERED that:

1. The Motion for Admission *Pro Hac Vice* of Grady B. Murdock, Jr. (Doc. # 9) is GRANTED;

2. The Motion for Admission *Pro Hac Vice* of Terese M. Connolly (Doc. # 10) is GRANTED; and

3. The Motion for Admission *Pro Hac Vice* of Latesa K. Bailey (Doc. # 11) is GRANTED.

DONE this 2nd day of January, 2008.

                                                     /s/ W. Keith Watkins
                                                 UNITED STATES DISTRICT JUDGE