IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER PERRY, CATRINA KNIGHT, <br> and TALITHA ROBINSON-RUSSELL <br> <br> Plaintiffs, <br> <br> v. <br> <br> TWEEN BRANDS, INC., JUSTICE <br> STORES, L.L.C., CARISSA GODWIN <br> and AMI LANE, <br> <br> Defendants. | CIVIL ACTION NO. <br> <br> 2:07-CV-1067-WKW-SRW |

## DEFENDANTS' MOTION FOR PARTIAL DISMISSAL
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

Defendants Tween Brands, Inc., Justice Stores, L.L.C., Carissa Godwin and Ami Lane (collectively referred to herein as "Defendants") move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for partial dismissal of the portions of Count III (Defamation) that are set forth in paragraphs 41 and 42 of the Complaint filed by Plaintiffs Jennifer Perry, Catrina Knight and Talitha Robinson-Russell (collectively referred to herein as "Plaintiffs").  Defendants further move this Court for dismissal of those portions of the Complaint that allege a "pattern and practice of systemic discrimination as set forth in paragraphs 22 and/or 26 and 33.  In the alternative, Defendants move to strike all allegations of a pattern and practice of systemic discrimination as set forth in paragraphs 22 and/or 26 and 33. The facts and authorities in support of said motion are contained in the Defendants' Memorandum in Support of Their Motion for Partial Dismissal Pursuant to Federal Rule of Civil Procedure 12(b)(6), filed contemporaneously herewith.

Respectfully submitted this 3rd day of January 2008.

s/ R. Bradley Adams
**R. Bradley Adams**
Alabama Bar No. ASB 8742-E67A
Email: radams@littler.com
LITTLER MENDELSON. P.C.
63 South Royal Street, Suite 709
Mobile, AL 36602
Phone:  251-432-0413
Fax:  251-432-0427

**Grady B. Murdock, Esq.**
Illinois Bar No. 1992236
Littler Mendelson, PC
200 North LaSalle Street, Suite 2900
Chicago, IL 60601-1014
Phone:  312-795-3233
Fax:  312-372-7880
Email:  gmurdock@littler.com

**Terese Connolly, Esq.**
Illinois Bar No. 6282685
Littler Mendelson, PC
200 North LaSalle Street, Suite 2900
Chicago, IL 60601-1014
Phone:  312-795-3233
Fax: 312-372-7880
Email:  tconnolly@littler.com

**Latesa Bailey, Esq.**
Georgia Bar No. 107705
Littler Mendelson, PC
3348 Peachtree Road, N.E., Suite 1100
Atlanta, GA 30326-1008
Phone:  404-760-3942
Fax:  404-233-2361
Email:  lbailey@littler.com

**ATTORNEYS FOR DEFENDANTS**

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| JENNIFER PERRY, CATRINA KNIGHT, and TALITHA ROBINSON-RUSSELL | * * * | |
| Plaintiffs, | * * | |
| v. | * * | CIVIL ACTION NO. |
| TWEEN BRANDS, INC., JUSTICE STORES, L.L.C., CARISSA GODWIN and AMI LANE, | * * * * | 2:07-CV-1067-WKW-SRW |
| Defendants. | * | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2008, I electronically filed the foregoing Motion for Partial Dismissal Pursuant to Federal Rule of Civil Procedure 12(b)(6) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys of record for Plaintiffs: **Christopher Stephen Genereux, Esq.** (csgenereux@tmgslaw.com), **Jacqueline C. Smoke, Esq.** (jcsmoke@tmgpc.com), and **Tyrone Carlton Means, Esq.** (tcmeans@tmgpc.com), Attorneys for Plaintiff.

    s/R. Bradley Adams
R. BRADLEY ADAMS   (ASB 8742-E67A)
**Attorney for Defendants**
Littler Mendelson, P.C.
63 South Royal Street, Suite 900
Mobile, Alabama 36602
Telephone:  251-432-4540
Fax:  251-432-0427
Email:  radams@littler.com