**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| JENNIFER PERRY, CATRINA KNIGHT, and TALITHA ROBINSON-RUSSELL,<br><br>Plaintiffs,<br><br>v.<br><br>TWEEN BRANDS, INC., JUSTICE STORES, L.L.C., CARISSA GODWIN and AMI LANE,<br><br>Defendants. | CIVIL ACTION NO.<br><br>2:07-CV-1067-WKW-SRW |

**DEFENDANTS AMI LANE'S AND CARISSA GODWIN'S
<u>CONFLICT DISCLOSURE STATEMENT</u>**

COME NOW Defendants Ami Lane and Carissa Godwin in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ These parties are individuals, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Respectfully submitted this 7th day of January, 2008.

        s/ Terese M. Connolly
        **Terese Connolly, Esq.**
        Illinois Bar No. 6282685
        Littler Mendelson, PC
        200 North LaSalle Street, Suite 2900
        Chicago, IL 60601-1014
        Phone: 312-795-3284
        Fax: 312-372-7880
        Email: tconnolly@littler.com

**Grady B. Murdock, Esq.**
Illinois Bar No. 1992236
Littler Mendelson, PC
200 North LaSalle Street, Suite 2900
Chicago, IL 60601-1014
Phone:  312-795-3233
Fax:  312-372-7880
Email:  gmurdock@littler.com

**R. Bradley Adams**
Alabama Bar No. ASB 8742-E67A
Email: radams@littler.com
LITTLER MENDELSON. P.C.
63 South Royal Street, Suite 709
Mobile, AL 36602
Phone:  251-432-0413
Fax:  251-432-0427

**Latesa Bailey, Esq.**
Georgia Bar No. 107705
Littler Mendelson, PC
3348 Peachtree Road, N.E., Suite 1100
Atlanta, GA 30326-1008
Phone:  404-760-3942
Fax:  404-233-2361
Email:  lbailey@littler.com
**ATTORNEYS FOR DEFENDANTS**

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| JENNIFER PERRY, CATRINA KNIGHT, and TALITHA ROBINSON-RUSSELL * * * | |
| Plaintiffs, * | |
| v. * | CIVIL ACTION NO. |
| * | 2:07-CV-1067-WKW-SRW |
| TWEEN BRANDS, INC., JUSTICE STORES, L.L.C., CARISSA GODWIN and AMI LANE, * * * | |
| * | |
| Defendants. * | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2008, I electronically filed the foregoing **Conflict Disclosure Statement** pursuant to Federal Rule of Civil Procedure 12(b)(6) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys of record for Plaintiffs: **Christopher Stephen Genereux, Esq.** (csgenereux@tmgslaw.com), **Jacqueline C. Smoke, Esq.** (jcsmoke@tmgpc.com), and **Tyrone Carlton Means, Esq.** (tcmeans@tmgpc.com), Attorneys for Plaintiff.

s/ Terese M. Connolly
**Terese Connolly, Esq.**
Illinois Bar No. 6282685
Littler Mendelson, PC
200 North LaSalle Street, Suite 2900
Chicago, IL 60601-1014
Phone: 312-795-3284
Fax: 312-372-7880
Email: tconnolly@littler.com