**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 8, 2008

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Jennifer Perry, et al vs. Tween Brands, Inc., et al.
Case Number: 2:07cv1067-WKW**

**Pleading : #18 Corporate Conflict Disclosure Statement for Tween Brands, Inc.**

**Notice of Correction is being filed this date to advise that the referenced pleading e-filed on 1/4/08 was in reference ONLY to the defendant, Tween Brands, Inc. The original pleading included additional defendants in error.**

**The correction has been made and the corrected pdf document is attached to this notice.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JENNIFER PERRY, CATRINA KNIGHT, and TALITHA ROBINSON-RUSSELL,  Plaintiffs, v. TWEEN BRANDS, INC., JUSTICE STORES, L.L.C., CARISSA GODWIN and AMI LANE,  Defendants. | CIVIL ACTION NO. 2:07-CV-1067-WKW-SRW |

**DEFENDANT TWEEN BRANDS' CONFLICT DISCLOSURE STATEMENT**

COMES NOW Defendant Tween Brands, Inc. in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| American Factoring, Inc. (220) | Subsidiary of Tween Brands, Inc. |
| LT Holding, Inc. (230) | Subsidiary of Tween Brands, Inc. |
| Tween Brands Import Corp. (240) | Subsidiary of Tween Brands, Inc. |
| Tween Brands Agency, Inc. (250) | Subsidiary of Tween Brands, Inc. |
| Tween Brands Service Co. (210) | Subsidiary of Tween Brands, Inc. |
| Too Retail Sales Puerto Rico (520) | Subsidiary of Tween Brands, Inc. |
| Tween Brands Sourcing, Hong Kong, Ltd. | Subsidiary of Tween Brands, Inc. |

| | |
|---|---|
| Too Import LLP (320) | Subsidiary of Tween Brands, Inc. |
| Tween Brands Investment LLC (260) | Subsidiary of Tween Brands, Inc. |
| Floret, LLC (393) | Subsidiary of Tween Brands, Inc. |
| Justice Stores, LLC (120) | Subsidiary of Tween Brands, Inc. |
| Tween Brands Direct Services, Inc. (290) | Subsidiary of Tween Brands, Inc. |
| Tween Brands Purchasing, Inc. (300) | Subsidiary of Tween Brands, Inc. |
| Tween Brands Store Planning, Inc. (310) | Subsidiary of Tween Brands, Inc. |
| G Too, LLC | Subsidiary of Tween Brands, Inc. |
| Tween Brands Direct, LLC (280) | Subsidiary of Tween Brands, Inc. |
| Too GC, LLC (270) | Subsidiary of Tween Brands, Inc. |
| Mishmash, LLC (392) | Subsidiary of Tween Brands, Inc. |

Respectfully submitted this 4th day of January, 2008.

s/ R. Bradley Adams
**R. Bradley Adams**
Alabama Bar No. ASB 8742-E67A
Email: radams@littler.com
LITTLER MENDELSON. P.C.
63 South Royal Street, Suite 709
Mobile, AL 36602
Phone: 251-432-0413
Fax: 251-432-0427

**Grady B. Murdock, Esq.**
Illinois Bar No. 1992236
Littler Mendelson, PC
200 North LaSalle Street, Suite 2900
Chicago, IL 60601-1014
Phone: 312-795-3233
Fax: 312-372-7880
Email: gmurdock@littler.com

**Terese Connolly, Esq.**
Illinois Bar No. 6282685
Littler Mendelson, PC
200 North LaSalle Street, Suite 2900
Chicago, IL 60601-1014
Phone: 312-795-3233
Fax: 312-372-7880
Email: tconnolly@littler.com

**Latesa Bailey, Esq.**
Georgia Bar No. 107705
Littler Mendelson, PC
3348 Peachtree Road, N.E., Suite 1100
Atlanta, GA 30326-1008
Phone:  404-760-3942
Fax:  404-233-2361
Email:  lbailey@littler.com
**ATTORNEYS FOR DEFENDANTS**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER PERRY, CATRINA KNIGHT, and TALITHA ROBINSON-RUSSELL | * * * |
| Plaintiffs, | * * |
| v. | * CIVIL ACTION NO. * |
| | * 2:07-CV-1067-WKW-SRW |
| TWEEN BRANDS, INC., JUSTICE STORES, L.L.C., CARISSA GODWIN and AMI LANE, | * * * * |
| Defendants. | * * |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2008, I electronically filed the foregoing **Conflict Disclosure Statement** Pursuant to Federal Rule of Civil Procedure 12(b)(6) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys of record for Plaintiffs:  **Christopher Stephen Genereux, Esq.** (csgenereux@tmgslaw.com), **Jacqueline C. Smoke, Esq.** (jcsmoke@tmgpc.com), and **Tyrone Carlton Means, Esq.** (tcmeans@tmgpc.com), Attorneys for Plaintiff.

        s/R. Bradley Adams
        R. BRADLEY ADAMS     (ASB 8742-E67A)
        **Attorney for Defendants**
        Littler Mendelson, P.C.
        63 South Royal Street, Suite 900
        Mobile, Alabama 36602
        Telephone:  251-432-4540
        Fax:  251-432-0427
        Email:  radams@littler.com