IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER PERRY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:07-cv-1067-WKW |
| ) | |
| TWEEN BRANDS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Defendants' Motion for Leave to File Supplemental Authority (Doc. # 23), it is ORDERED that the motion is GRANTED. The exhibits are deemed filed. Because the plaintiffs' response brief (Doc. # 25) already addressed the recent case referenced in the defendants' supplemental authority, no further response will be allowed.

DONE this 20th day of February, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE